## W. D. GOVER

v.

## Ada JASPER.

Court of Appeals of Kentucky.

Sept. 23, 1960.

Fritz Krueger, C. Homer Neikirk, Somerset, for appellant.

Joe E. Caylor, Somerset, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment of Pulaski Circuit Court.

The record has been considered and we find no prejudicial error.

The motion for an appeal is denied and the judgment is affirmed.